No. 791.—MACALLA, ETC., recurrente, v. REGISTRADOR DE MAYAGÜEZ, recurrido.—▇▇▇▇▇▇ Feb. 5, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Wolf.)

POR CUANTO, cuando en la copia de una escritura el notario certifica que tal copia es una reproducción fiel del original, y al final de éste como se desprende de la copia en este caso, el notario da fe de todo lo que antecede y de que los otorgantes y testigos firmaron la escritura y esta misma aparece firmada después por el notario, éste ha cumplido con el apartado 3º de la sección 20 de la Ley Notarial, sin la necesidad

de más particularidad en esos respectos y especialmente sin la necesidad de decir en la copia que las partes y testigos firmaron en el original o decir en tal original qué otorgantes firmaron junto con el notario autorizante,

Por tanto, se revoca la nota recurrida del Registrador de la propiedad de Mayagüez de fecha 23 de octubre de 1929.